UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,

                     -against-

                                        Defendant(s).

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-     (   ) (   )

-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

_x_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


_/s/Junior Rafael Reynoso Ortega_           _/s/ P. Brz_
Defendant's Signature                                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____            _Patrick Brackley_____
Print Defendant's Name                                Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____
Date

                                        _/s/ James L. Cott_
                                        JAMES L. COTT
                                        United States Magistrate Judge